| | |
|---|---|
| JESSE WILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01074-AWI-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK OF COURT TO TERM MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>[ECF Nos. 10, 14] |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Charles B. Faultry is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant complaint on May 29, 2019, in the United States District Court for the Northern District of California. On August 2, 2019, the action was transferred to this Court and received on August 6, 2019.

On August 9, 2019, the Court issued Findings and Recommendations recommending that Plaintiff's motion for leave to proceed in forma pauperis be denied because the information before the Court demonstrated that he was financially able to pre-pay the entire filing fee to commence this action. (ECF No. 14.) On September 3, 2019, the Court received the $400.00 filing fee in full.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 9, 2019, are VACATED;
2. The Clerk of Court shall term Plaintiff's motion to proceed as MOOT; and
3. Plaintiff is advised that the Court will screen his complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated: **September 4, 2019**

UNITED STATES MAGISTRATE JUDGE