# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01074-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>[ECF No. 18] |

Plaintiff Jesse Willard is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2019, the Court screened Plaintiff's complaint, found that he failed to state any cognizable claims for relief, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 17.) However, plaintiff did not file an amended complaint. Therefore, on October 30, 2019, the Magistrate Judge issued Findings and Recommendations recommending the action be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief. (ECF No. 18.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within twenty-one days. (*Id*.) No objections have been filed and the time to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, issued on October 30, 2019 (ECF No. 18), are adopted in full;
2. This action is dismissed for Plaintiff's failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: December 13, 2019

SENIOR DISTRICT JUDGE